# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **Jeffrey Blades,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-3178-CV-S-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed June 18, 2015 [Doc. 26]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed June 18, 2015 [Doc. 26] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $4,934.00.

      */s/ John T. Maughmer*      
**John T. Maughmer
United States Magistrate Judge**